This is to advise that on May 24, 2007

Judge Timothy C. Stanceu

Issued CONFIDENTIAL Slip Opinion 07-85

In action

Ct. No. 03-00544

Gerber Food (Yunnan) Co. Ltd. et al
(Plaintiff,)

v.

UNITED STATES
(Defendant)